UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAZELL MALLORY,<br>            Plaintiff,<br>       v.<br>FRIENDLY CAB COMPANY, INC., et al.,<br>            Defendants. | Case No.  14-cv-02297-EDL<br><br>**ORDER VACATING TRIAL AND RELATED DATES** |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that the pre-trial conference and trial dates are hereby vacated. The Court will hold a case management conference on February 9, 2016 to reset these dates if the case is not dismissed with prejudice on or before February 1, 2016.

**IT IS SO ORDERED.**

Dated: November 12, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge